BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>CLIFFORD J. ROBERSON,         )<br>                              )<br>            Defendant.        )<br>_____)| Court No. 2:12-cr-00222-KJN<br><br>ORDER TO VACATE TRIAL CONFERENCE<br>HEARING AND JURY TRIAL, SET A<br>STATUS CONFERENCE, AND EXCLUDE<br>TIME UNDER LOCAL CODE T-4<br><br>Date:    March 6, 2013<br>Time:    9:00 a.m.<br>Judge:   Hon. Kendall J. Newman |

It is hereby ordered that the Trial Conference Hearing Court set for March 6, 2013 at 9:00 a.m. and the Jury Trial set for March 25, 2013, at 9:00 a.m., be vacated and a Status Conference be set for June 5, 2013, at 9:00 a.m.  Time is excluded from today's date through June 5, 2013 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  March 4, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE