```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    REBECCA A. KELLY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    CLIFFORD J. ROBERSON
 8

 9
```

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00222-KJN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RE: PRETRIAL SUPERVISION |
| CLIFFORD J. ROBERSON, | ) | |
| Defendant. | ) | Date: Wednesday, June 5, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

19

20    The United States of America, by and through its undersigned
21 attorney, and the defendant, CLIFFORD J. ROBERSON, by and through his
22 attorney, Linda C. Harter, hereby stipulate that CLIFFORD J. ROBERSON
23 may be removed from all Pretrial Services supervision, including the
24 Better Choices Program.  Additionally, the parties stipulate that the
25 bond issued in this criminal action may be exonerated.  Mr. Roberson's
26 case has been resolved by way of a deferred prosecution agreement and
27 Mr. Roberson will appear before your honor on June 5, 2013 at 9:00 AM
28 for a Status Conference.  The purpose of the status conference is for

your honor to evaluate how Mr. Roberson is doing with the terms of the deferred prosecution agreement.

The parties jointly request that the Court order that Mr. Roberson be removed from all Pretrial Services supervision and that the bond in place be exonerated.

Dated:  March 25, 2013

                                                Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CLIFFORD J. ROBERSON

BENJAMIN B. WAGNER
United States Attorney

/s/ Barbara Borkowski
BARBARA BORKOWSKI
Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE